UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20876-CIV-GAYLES

| | |
|---|---|
| PEDRO LLANES, and all others similarly situated under 29 U.S.C. § 216(b), | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| MOBILITY MEDICAL TRANSPORT, INC., and MARIA J. COLLAZO EXPOSITO, | )<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment as to Defendants, Jointly and Severally, and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees and Costs Regarding Collection of Default at the Conclusion of Collection [ECF No. 18] ("Motion"). On April 10, 2018, the Clerk of Court entered a default against Defendant Mobility Medical Transport, Inc., for failure to appear, answer, or otherwise plead to the Complaint within the time required. [ECF No. 11]. On May 10, 2018, the Clerk of Court similarly entered default against Defendant Maria J. Collazo Exposito. [ECF No. 17]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Final Default Judgment as to Defendants, Jointly and Jeverally, and for Enlargement of Time [ECF No. 18] is **GRANTED**;

2. in accordance with Rule 58(a) of the Federal Rules of Civil Procedure, final judgment will be entered separately;

3. the Court reserves jurisdiction to enter such other and further orders as deemed proper; and

4. this case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of January, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Defendants:

MOBILITY MEDICAL TRANSPORT, INC.
REGISTERED AGENT: MARIA J. COLLAZO EXPOSITO
3900 NW 79 AVENUE, SUITE 312
MIAMI, FL 33166

 or

3590 NW 49 STREET
MIAMI, FL 33142

MARIA J. COLLAZO EXPOSITO
4172 23RD PL SW
NAPLES, FL 34116