UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20876-CIV-GAYLES

PEDRO LLANES, and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
            Plaintiff, )
v. )
 )
MOBILITY MEDICAL TRANSPORT, INC., )
and MARIA J. COLLAZO EXPOSITO, )
 )
           Defendants. )
_____ )

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Final Default Judgment as to Defendants, Jointly and Severally [ECF No. 18]. The Court granted the Motion in a separate Order [ECF No. 19]. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court enters this separate final default judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that a default final judgment is entered **IN FAVOR OF** Plaintiff PEDRO LLANES ("Plaintiff") and **AGAINST** Defendants MOBILITY MEDICAL TRANSPORT, INC., and MARIA J. COLLAZO EXPOSITO, jointly and severally. Plaintiff is awarded, c/o the Client Trust Account of J.H. Zidell P.A., the sum of **$7,600.00**. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied, for which sum let execution issue.

The Court reserves jurisdiction to award attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of May, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Defendants:

MOBILITY MEDICAL TRANSPORT, INC.
REGISTERED AGENT: MARIA J. COLLAZO EXPOSITO
3900 NW 79 AVENUE, SUITE 312
MIAMI, FL 33166

 or

3590 NW 49 STREET
MIAMI, FL 33142

MARIA J. COLLAZO EXPOSITO
4172 23RD PL SW
NAPLES, FL 34116